UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey Colin Purdy,                                              No. 24-cv-4340 (KMM/DTS)

          Petitioner,

v.                                                                                    ORDER

   Bureau of Prisons, et al.,

          Respondent.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz, dated February 10, 2025. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's review of the R&R and the record in this case, the Court finds no error and adopts the R&R.

Accordingly, IT IS HEREBY ORDERED THAT Petitioner's Motion for Temporary Restraining Order, ECF No. 8, is DENIED.

Date: March 10, 2025                         *s/ Katherine M. Menendez*
                                                              Katherine M. Menendez
                                                              United States District Judge